FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 27 2017
BY_____ARTHUR JOHNSTON_____DEPUTY

(Last Name) FRISTON   (Identification Number) _____
(First Name) KEITH   (Middle Name) LeDell
(Institution) _____
(Address) _____
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

V.

MDOC
MDOC
Shiff Dep - Polcie Dep
Coahoma Court and Judge Dee
(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:17cv329 H50-JCG
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: NA NA

   NA

2. Court (if federal court, name the district; if state court, name the county): NA

3. Docket Number: NA

4. Name of judge to whom case was assigned: NA

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): NA

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Keith Friston  Prisoner Number: 84468

Address: South Mississippi Correctional Instiction PO Box 1419 Leakesvill MS 39451

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: _____ is employed as _____ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Keith Friston   ADDRESS: SMCI PO Box 1419 Leakesvill MS 39451

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| MDOC | CMCF PO Box 88550 Pearl MS 39288-8550 |
| MDOC | SMCI PO Box 1419 Leakesvill MS 39451 |
| Shiff Department | 63 Sunflower Ave Jail |
| Poicie Department | 63 Sunflower Ave |
| Courts | Coahoma Circuit Court |
| Courts | 63 Sunflower Ave Judge Dee |

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( ✓ )  No (   )

B. Are you presently incarcerated for a parole or probation violation?

   Yes (   )  No ( ✓ )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ✓ )  No (   )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ✓ )  No (   )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (   )  No ( ✓ ), if so, state the results of the procedure: __N/A__

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes (   )  No ( ✓ )   N/A

   2. State how your claims were presented (written request, verbal request, request for forms): __N/A__
   __N/A__
   __N/A__

   3. State the date your claims were presented: __N/A__

   4. State the result of the procedure: __N/A__
   __N/A__

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

My Clam is write on paper it will give you

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

They want me to pay I want them to pay me they took my money I want it back whatever kine money

Signed this _10_ day of _11_, 20_17_.

MDOC 84468
Keith L Friston
Signature of plaintiff, prisoner number and address of plaintiff  SMCI
PO Box 1419
Leakesville MS 39451

I declare under penalty of perjury that the foregoing is true and correct.

_11-15-17_
(Date)

Keith Friston
Signature of plaintiff  84468

4

## Mississippi Department of Corrections
### Inmate Time Sheet

**Offender:** FRISTON, KEITH 84468

**Housing:** SMCI, SMCI 2, BLD B2, ZONE A, BED 0048

**Computation Date:** 08/11/2015 17:10

**Date Printed:** 10/13/2016 08:57

### Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/20/15 | 2013-0073/1 | 5454:DUI - DEATH | 08/17/13 | Coahoma | 25Y | | | Y | | | | |
| 04/20/15 | 2013-0073/2 | 5451:LEAVING SCENE/ACCIDENT | 08/17/13 | Coahoma | 20Y | | | Y | | | 2013-0073/1 | |

☐ First Time Offender

### Pre Trial/Pre Sentence Jail Time:

| FROM | TO | DAYS |
|---|---|---|
| 08/17/13 | 04/20/15 | 611 |

Total Jail Time: 611          Override:

### Computation Details:

| DATE | DESCRIPTION |
|---|---|
| 04/20/15 | 2013-0073/1 5454:DUI - DEATH 25Y |
| 04/20/15 | 2013-0073/2 5451:LEAVING SCENE/ACCIDENT 20Y CC with 2013-0073/1 |

### Summary:

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 08/17/2013 | | | | 08/11/2038 | 08/11/2038 | |

Total Term To Serve: 25Y   Total Earned Time: 0D   Earned Time Lost: 0D   Total MET Earned: 0D   Total Trusty Time Earned: 0D

### Comments:

MDOC 84968

Keith Friston                                    Case number 2013-0073 DUI Death

## The Help Project

My name is KEITH FRISTON I'm ask for help this is how my life end 2013 me and my girl friend has a anccindent she got kill in my car but they say it was DUI but I left the scent so they charge me with the it on my way to go see my boss man that how I came the jail DUI Death my car they sold it to junk ion got small but every thing in the car gone my money phone watch my girl Jew earring all her stuff and my stuff mean alot to me but all that gone we need a xpert to say what happy to the car the tie came off the car they bronk off I will never kill some one I love she mean the world to me doing time and she gone hurt more than a little I wish I was death

on 8-17-13 me and my girl and newp was ride to go see my boss man he hade went to the doctor so I went to check on him we made to his home just fine so I went in to talk with him for a min then I left Mr Lew ask me have I been drink I told him I was on Friday not on Saturday but on my way back home the tie came off the car we slip into a brack wall my girl did not mallit out she die on the scent but they charge me with DUI Death but my newp was the drive at the time we has werck as I was sayin they set me up my lacwery DA Investorgater Judge they all go off my back ground these are the charge I did time on so can you help me with my case help the lawyer work on my case with us this is a white and back so that why I need a fair trail so can you tell me how I can get a less time but they all set me up all I want is a fair trail alot of peoip lie on me they don't no who the drive of the car all they see me my back ground are what I'm charge they did not investorgater the crim scent they just put me in jail did not see a doctor just put me in a cell unto I got well now every thing is worn with m the law did not do they job right so can you have some one to check my case some thing ant right it a lot loop hol in this trail it was know fair the DA talk to me as no body write me back with some good new or you are going to help

Call ___ poor to talk to

DUI Death
September 2013-00731
MDOC 84468
Keith Friston

Dorothy
414-813-2120

Barbara McNeil
662-302-4848

Linda Friston
662-902-9558

Lew Bossman
662-645-4190

Teresa Friston
662-302-8386

Curtis Friston
209 Lynn Street
Clarksdale MS 38614

Martha Friston
~~414-883-9064~~
414-380-9064

~~Nellie~~
~~901-661-8424~~

My Judge brother got kill in same car anccindent that I had

The D.A. dont like me becaues my girl was white and I was black

My lawyer did not do anything for me went I came to court he was with the DA and Judge

B Court

Polcie Pep

Keith Fristom

- V -

DA's Judge lawyer

Polcie SHiff Pep MDOC

Judge: Honorable Dee

MR Dee Said that He would go with officer Walker what ever He tell him So walker When in lie to the Judge to bound me ove To the grand Jury so that he can get me life like he told me he would MR Dee is For the law not the peolP but now MR Dee dont work there no more becaves he done a lot of peolps worng in his days MR. Dee told me that black can't go around kill white women So I got do time that but I did not kill noone in my liFe I Love ms west moore than I love myself it just that she white an IM Blackman MR Dee is racer he dont like Black male but For the work they do MR Dee help The clarksdale polcie put me here he told me white should be with white black should stay with they on color when all the polcie an the Judges is on a lie side even if they no Im tellin the true they still would not beleve me I work at his club House in way he talk to a nigger back in his days he still do the same now but Im the worng one Im a man just like him just poor man with God on my side. MR Dee did not give me a chance in his court Room he tell me what ever you got to say tell it to a garnd Jury They will her wat you say but you are lie about everthing now you where drunk drive that car just like the law said where get him out my face like this Judge and polic an lawyer or DA all these peolp want see me lockup, but I can't get a 84466 Fair case went All the court in mississippi work togetter I can't not get a fair case to all these peolp Im just a lie well(god) no that Im telling The true about what happen but if I has a fair case all theses peolp work For The laws They are doing everthing in they power to not let me have a fair case becaves all Im to them is money so they are going look over a fair case for me if I has money I would get a fair case Fair is Fair good caes

Judge dee

Kendrick walk ↑    ↖ Brick Yard Clarksdale
                    Sky Week Sever

Byron vaughan ↑   ↖ Howard Woodward

          ↑
    Clarksdale Police Department

Allan D SHackel Ford        ↖ 63 SunFlower Ave
63 SunFlower ave ↑          ↑
~~📷~~ Car dealer      2→    63 Sun Flower Ave
                             Tuncer, M,S
  We don't want Picture ⇊
  I want that car to see it    GMC want the car
                               The car deal need to come up
This is All about this car?    with the car

I pay my money For?
                                                84468
My: saws neil Guns My stuff I need to work?

GMC want that car?
My: Cloths and her  ?

All the stuff I need are an that car?
  My: I.D ?
  My: Phone ?

we need this car so we can prove this case?
My: money is in that car?
and this car mean a lot? we dont want picturr

In 2013 There a one car accident. MR. Judge dee was Trial Judge then, he an officer howard woodward an investigator kendrick walker in Byron vaughan also the hole police department all lie on me to make themself look good. but it did not work. becaues all these peolp dont work there no more officer kendrick walk is Just a patrol officer now he and his officer did not do a good Job on some case. but they said that keith friston kill ms west but office walker said he will make sure that i get life in preson Everyday that i was in Jail he came by everyday he was at work said you are going to do time for killin that white laid I'm going to make that hap, for you went it come to the law he win. My word don't mean nothing in clarksdale ms my back ground is bad so who going to beleve me noone how can I bet them low is on they side. Why will I want to kill valerie west this is the woman I lov so much The police don't like the Friston boys no way. my word agin there it is all heresay. my lawyer Allan P. Shackelford even he say mr walker is tryin get alot of time for me in that he want me to Plea bargain went I told him no he got mads at me I no than it was over for me Just like him an walle told they would get me some time. all i want is a fair case in for theses peolp to be investigator that work my case dont no officer work on the police Department now or Judge dee dont work no more Just look into all peolp that hads my paper work god is my witnes something is not right. What happy with the car we need that car this car prove my freedom plu the GMC Want that car some one is tryin to hide somthing in this case these peolp dont even have they Job no more so what is going on They all put me in Jail in lose there Jobs why did they lose all the evidence gone noone no nothing about it I need this evidence to show that this was not a duy accendent that it was the car tie came off that why the GMC peolp wan; the Police Department said skyweck sever got the car in a safe place. my mom said she went by there in the car was not there so who is they tryin to help me or someone elf or the car deal noone have no ideal about the car The car left 3 day after they lock me up but were is the car they hads to keep it unto my case is over but my case is not over yet I'm still in court now in that car I has alot my Tools cloths Jew's Phone my kids picuer my money in the Truck back seat my shoes hats waths chair some one need to Replace my stuff I work hard for thes thing Just becauos IM in Jail or MDOC dont mean get rid my stuff they could gave it to my mom or baby mom or some one

⑤

Keith Friston 84468 ⑥
v. SMCI PO Box 1419
eakesvill MS, 39451

To pay me what they took
TV canteen AM FM Fan
live in mod around peolps
with TB and Aid not clean
make me six

Keith Friston 84468 ⑥
-v-
CMCF PO Box 88550  Pearl MS 39288-8550

They took money off my book
For dotor vis and canteen
never put it back on
I got TB and cancer?
I need outside help

Sent I been here at MDOC Leakesvill, MS, 39451 SMCI (5)
my T-V that my home Boy left me went he went home?
1 I have lose alot of stuff My Radio AM/FM $24.95
1 I have lose Fan $29.40
1 I have lose my Head Phones CLS $14.95
56 I have lose my 30 Ramen Beef $24.00
12 I have lose alot of sweet 12 cookie 1.43 ech $16.86
8 I have alot of S Snicker 1.25 each $10.00
8 I have alot of S m/m peanut 1.25 each $10.00
8 I hav alot of Deodorants $31.60

84468

MDOC

In how They don't care about peolp life in A2-B2-B1 They are hurtin Peolp no Police on the Zone or they Just turn there head everone dont do anything they Just putin all these Zone There mod everwhere you can get Sex Just by Touchin on Somthing K.9. took all my Food Hygiene Deodorant plue we get lock down went other peolp Fightin I got a lot of time I Just want to do it the best way I can It not clean in her all I want is to be teart Fair and For K9 to not take my Stuff I cant keep payin for that kind Stuff live in These BLg Im getten six wit with Cancer and TB came from Somewhere 6 peolp beat me made m Stay in bed unto I got well like been kill me. Pleace help me get out

CMCF Pearl, MS, 39288-8550 (6)

MDOC

Went I was here I was Sleep on the Floor with no mat For 60 day that was in 14 yard Bld B Zone A 904 but that not bad pra now wend I go to the bathroom in use it I be bleed went I get done there was mod There to went it was time to make Store they take my money but I do not get my canteen or my mon Then went I use the phone they take money From the wall phone I lost 60 dollar on min From 662-302-4848 went Im talkin the Pho hang up like another number 414-813-2120 These two nombe they al ways each phone have 30 dollar each now there is no money on them bec is the phone Comp took it Im Six with T.B. and cancer I need some Free World help becaces these doctor dont no what they are doing but I Just want MDOC pay my money For what K9 took From me an my TV that my home boy lefe me K9 thour alot of Paper away that Coost money K9 got everthing I pay my money For ?

Court

Shiff Dep

- V -

Court and DA - MDOC

Lawyer and polcie and SHiFF

Judge Honorable cHarles E webster

His Borther got kill in an accindent witch he Judge by that but I Feel lik he let his Feelin got in the way so that why he gave me so much time but it was a car anccindent everyone have them the polcie and Shiffer Dep have lots of them kill peolps Hight speed chase but the law dont stan up to that in clarksdale ms shiffer Jone all he do is let the rich make it so do MR. webster He let his kind of peolps but My kind he lock us up For a longtime? like The chinese man ran over the little girl kill her but shiffer Jone and Judge webster let go becaues he has money so all I saying is they work again poor peolp like My Self It is so many peolps got charger like main but they are on the street still out there we did not kill noone but they say so is MR. Webster charg me $5000 dollar I want him to pay me for all the fiking all his light and paint and plumin that I did for the courthouse I did a good Job they show me Jail time I work for mRwebster borther and sister law I no them How can I get a fair case with DA and Judges lawyer polcie All you work togeffer so they all are going to call me a lie but they are tell lie Just to keep me lock up becaues they thinl that Im the bad one but Im not All I want is a fair case Into get out take care my family and kides so Ino all you work Togetter how can I win in these court my back going is bad I can't get a fair case went They all way win worng or right Judge or DA

③ COMPLIANCE COURT JAIL ③

Judg Honorable: CHARLES. E. WEBSTER

SHEFFer Jone Chares ↑    ↑ WARD GiFFin

↙ WARD JeFFson

John. R. Henry. JR ↑    ↑ Allan D SHackelFord

witness For keith Friston 8/24/69

Lew Huston 662-645-4180    Dorothy Evan 414-813-2120

Barbar mcneil 662-302-4848    FristonFamily 414-380-9064

ms Linda Brown 63 sunflower Ave    ms moore 63 SunFlower Ave

③ O

Court & Jail

③ O

8446S

When I lift MDOC went back to the jail my bed was on the floor now my back give me prou all becaues I did not have no bed why i was there also sleep in mod did alot of work there did all kind of Jobs work at the court house pants rooms Plumings, Fix bath rooms and Cape cut gress & cut tree Fix lights Alot of work For the jail and court house They All work together if They want me to pay them well they should pay me For Some of the work that i did at the court house also The county jail have ma MOD made me six so can you look into The Jail where peolp live at So they don't get six with cancer lik I did Please check into that I work there seen all the MOD water comeing in the cell it is So bad in there they put My life in Jeopardy becaues MOD gave me cancer that short my life and T.B I got form Jail or MDOC one. these place are makein me six all I'm sayin This case T.B Cancer Back pain lose weight where I can't take care of myself no more when I was out all I did was work go home nothing to do with the law becaues they no wright. but the courthoues Jailhouse I work For both at the Sam time 9-1-13  8-31-15 these are the day I work For the Jail & Courthouse So why do I got to pay the court went I work a long time For them so I Feel like why would I pay them they should pay me For all I went thought For them all the hard Job that They gave me work me like a slave they are lookin over all the work I did To help them save money to put in there Pocker in all they gave me was tim So They want $5000 From me tell them to take the money From all the work Fro that I'm still a man in I don't work free if you help me I hope God giv you the un stand & work this out with me an them may GOD Bless this Case These are my witness that no I work hard For The Jail & court Just check into this For me

wax bush Flood ? both court and Jail ? 4000 $
                                      3000 $
Fix all light Jailhouse ?  1,3,000 $
Fix all ligt courthouse ?  8,000 $
panten Jailhoues ? 10,000 $
panten courthouse ? 12,000 $
land cape courthouse ? 1500 $
land cape Jail house ? 6000 $
                       ? Jail 2000 $
work at the shop ? court 900 $
work at th shope ? 12,000 $
Fix pluming Jail ? 15000 $
Fix pluming court ? $4000

Thank you
Keith Eaton

(9-1-13
 8-31-15)

Tell them to pay me ?
For all the work I did ?
to help them
That not all the work I done



# Supreme Court of Mississippi
# Court of Appeals of the State of Mississippi

## Clerk's Docket
### 2015-KA-01467-COA

## Keith Friston v. State of Mississippi

Coahoma Circuit Court
Trial Court Case # 2013-0073
The Honorable Charles E. Webster
Ruling Date: 04/20/2015

## Appellant Attorneys

Keith Friston
Represented By:
George T. Holmes
Justin Taylor Cook

## Appellee Attorneys

State of Mississippi
Represented By:
Lisa L. Blount
Jim Hood
Jason L. Davis

## GENERAL DOCKET

| Date | Entry |
| --- | --- |
| 09/30/2015 | Notice of Appeal Filed |
| 09/30/2015 | Designation of Record received - Allan D. Shackelford |
| 09/30/2015 | Certificate of Compliance received - Allan D. Shackelford |
| 09/30/2015 | Court Reporter Transcript Due Date issued |
| 09/30/2015 | Court Reporter Transcript Due Date issued |
| 09/30/2015 | Appearance Form Issued- Allan D. Shackelford, Jim Hood, John R. Henry, Jr. |
| 10/01/2015 | Notice of Assignment to Court of Appeals |
| 10/08/2015 | Trial Court Order received- Judgment - Hon. Charles Oakes |
| 10/08/2015 | Trial Court Order received- JNOV- Hon. Charles Oakes |
| 10/08/2015 | Final Judgment- Count 1 |
| 10/08/2015 | Final Judgment- Count 2 |
| 12/03/2015 | CR Demand Letter - Julia W. Phillips |

| Date | Entry |
|---|---|
| 12/07/2015 | Motion # 2015 - 5416 Application for Leave to Proceed in the Trial Court |
| 12/30/2015 | Record Filed |
| 12/30/2015 | Briefing Schedule Notice Letter |
| 12/30/2015 | Appearance Form Issued- AG'S Office |
| 02/01/2016 | Order Entered Motion # 2015 - 5416 |
| 02/12/2016 | Rule 2 Briefing Notice for Appellant Letter - Allan D. Shackelford |
| 02/18/2016 | Motion # 2016 - 756 Motion To Withdraw and Substitute Counsel |
| 02/18/2016 | Attachment added to motion - 2016-756 - Other - cover letter... |
| 03/16/2016 | Appearance Form received - George T. Holmes |
| 03/25/2016 | Order Entered Motion # 2016 - 756 |
| 03/25/2016 | Briefing Reissue Notice Letter |
| 04/04/2016 | Appearance Form received - Justin Taylor Cook |
| 04/04/2016 | Motion # 2016 - 1484 Motion to Supplement the Record |
| 04/21/2016 | Order Entered Motion # 2016 - 1484 |
| 05/17/2016 | Supplemental Record filed |
| 05/17/2016 | Briefing Reissue Notice Letter |
| 06/27/2016 | Motion # 2016 - 2773 Motion for Extension of Time to File Brief of the Appellant |
| 06/27/2016 | Clerks Notice Issued Motion # 2016 - 2773 |
| 07/27/2016 | Appellant's Brief filed on behalf of Keith Friston |
| 07/27/2016 | Record Excerpts filed on behalf of Keith Friston |
| 08/26/2016 | Motion # 2016 - 3741 Motion for Extension of Time to File Brief of Appellee |
| 08/29/2016 | Clerks Notice Issued Motion # 2016 - 3741 |
| 09/28/2016 | Motion # 2016 - 4235 Second Motion for Extension of Time to File Brief of Appellee |
| 09/28/2016 | Clerks Notice Issued Motion # 2016 - 4235 |

| 10/18/2016 | Entry of Appearance |
| 10/18/2016 | Motion # 2016 - 4489 Motion for Enlargement of Time to File Brief of Appellee |
| 10/19/2016 | Clerks Notice Issued Motion # 2016 - 4489 |
| 10/28/2016 | Appellee's Brief filed on behalf of State of Mississippi |
| 11/02/2016 | Appearance Form received - Lisa L. Blount |
| 01/05/2017 | Case Submitted without Oral Argument |
| 08/08/2017 | DECISION: Affirmed |
| 08/08/2017 | Decision Letter Issued |
| 08/22/2017 | Motion # 2017 - 3286 Motion for Rehearing |

Sister Dorothy Evan
414-813-2120
662-302-8386
662-902-9658

Boss 662-645-4190

Baby mom
Barbar McNeil
662-302-4848
mom 414-380-9064

## Contitutional Violations

My Name is Keith Friston

I been Lock up Since 2013 on DUI aggravated and leaving the Scene of an accident but why I'm write you is I need help on a violations of my constitutional Right Twice I'm still in court on this case can you help please I need help out side on missippi I'm in The State of Coahoma County Clarksdale I'm a Farthe of 8 kides They need my help but there is nothing I can do for them. Aug 17-2013 we had a accident my tle came off the car we Slide into a brick wall but it was The car was defaule it was the car that we bought From a freinds he did not tell us everthing about the car my wife got kill in the car. but I got paper work tell you about my right was violations or Referrals Can you ~~send~~ me some one down here to help me Just write me back with a good news here is my time Sheet of my charger. I put some Phone number on top if you need to talk them. my Sister Dorothy Evan is over everthing She is the one you need to talk She will tell you everthing you need to no

(left margin: Check into it a court made a misstake)

God Bless you
who read this letter

Thank you
In God we true
Check in to it you will see your slef
Help me keith Friston #84468

Constitutional Violations Twice
Court mads a misstake Erron

Court Erron

SHENNA BELLOWS
401 Cumberland Avenue #105
Portland me 04101

Court Erron

I no you are a long ways from me but you can still help Just give me a chuckn to show you that I was not the drive my newp was check in to this
PS write BACK soon

Contitutional violations Twice
sincerely
Keith Friston

I'm tryin to get peoip to help us. My lawyer said we got a good case in that got to move out of my town so will you Help me lookin it